NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DERRICK D. HALL,⁣               )
                                   )
        Appellant,          )
                                   )
v.                           )        Case No.  2D18-3127
                                   )
STATE OF FLORIDA,       )
                                   )
        Appellee.          )
_____)

Opinion filed June 19, 2019.

Appeal from the Circuit Court for
Hillsborough County; Laura Ward,
Judge.

Rachael E. Reese of O'Brien Hatfield,
P.A., Tampa, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Johnny T. Salgado,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


        Affirmed.


LaROSE, C.J., and SILBERMAN and ATKINSON, JJ., Concur.